Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 19-29021 JSB | **Trustee:** (330640) | THOMAS E. SPRINGER |
| **Case Name:** DIAMOND EDGE ACADEMY, LLC | **Filed (f) or Converted (c):** | 10/11/19 (f) |
| | **§341(a) Meeting Date:** | 11/12/19 |
| **Period Ending:** 12/31/20 | **Claims Bar Date:** | 08/06/20 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Checking account First Merchant's | 878.28 | 0.00 | | 0.00 | FA |
| 2 Insurance reimbursement check for payments uncashed | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 Baseball equipment (see list following), computers, office supplies, lounge tables, classroom tables, bathroom stalls, light fixtures, wall graphics, gym/fitness equipment, lockers, display boards, and signs, etc. estimated replacement value (See Footnote) | 244,208.00 | 244,208.00 | | 0.00 | 244,208.00 |
| 4 Lease 7850 S. Quincy Street, Willowbrook, IL60527 | Unknown | 0.00 | | 0.00 | FA |
| 5 Internet domain name, website www.diamondedgeacademy.com | 0.00 | 0.00 | | 0.00 | FA |
| 6 List of customers, contact information | Unknown | 0.00 | | 0.00 | FA |
| 7 Cause of action<br>Diamond Edge's use of assets and space terminated by Willowbrook-Burr Ridge and Fauske 7/19 for unjust enrichment, conversion wrongful eviction, etc. Amount requested $209,983.75 (See Footnote) | Unknown | 244,208.00 | | 0.00 | 244,208.00 |
| **7 Assets Totals** (Excluding unknown values) | **$247,086.28** | **$488,416.00** | | **$0.00** | **$488,416.00** |

RE PROP# 3     Related to Asset #7; Trustee's value for Asset #3 and 7 treated as one asset/value
RE PROP# 7     Related to Asset #3; Trustee's value for Asset #3 and 7 treated as one asset/value

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-29021 JSB  
**Case Name:** DIAMOND EDGE ACADEMY, LLC  

**Trustee:** (330640)   THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 10/11/19 (f)  
**§341(a) Meeting Date:** 11/12/19  

**Period Ending:** 12/31/20  
**Claims Bar Date:** 08/06/20  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Trustee investigating ownership of baseball equipment and/or transfer of same.  The Trustee is treating asset #3 and Asset #7 as one/together.

**Initial Projected Date Of Final Report (TFR):** November 15, 2022    **Current Projected Date Of Final Report (TFR):** November 15, 2022